# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5036 | **DATE** | 9/22/2010 |
| **CASE TITLE** | Elizabeth M. Keating, et al. Vs. Redspeed Illinois LLC, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 9/22/2010. Plaintiffs' motion to remand to the Circuit Court of Cook County, Chancery Division [23] is granted for the reasons stated in open court. This case is hereby remanded to the Circuit Court of Cook County.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|